# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR0511-BEN__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Mark Alan Kountz (5) | ) | Booking No. __07457298__ |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-14-08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __35,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY