FD No. 1453705

AO 442

SECRET

Unsealed 03-06-08

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR 27 AM 8:12 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES OF AMERICA
V.
Mark Alan Kountz (5)

WARRANT FOR ARREST

CASE NUMBER: 08cr0511-005-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mark Alan Kountz (5)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

DATE 3/6/08
ARRESTED BY DEA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

RECEIVED 2008 FEB 25 A 11:31 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | February 25, 2008 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ______ by The Honorable William McCurine, Jr.

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z" DEA 3599