1  DONOVAN & DONOVAN
   Casey Donovan, Esq.
2  California State Bar Number: 182442
   The Senator Building
3  105 West F Street, Fourth Floor
   San Diego, California  92101
4  Telephone:  (619) 696-8989

5  Attorney for Defendant Kountz

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HON. ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,        )   Case No. 08-CR 0511-BEN
                                    )
12        Plaintiff,                )   Date: April 21, 2008
                                    )   Time:  2:00 P.M.
13 v.                               )
                                    )   NOTICE OF MOTIONS AND
14 MARK ALAN KOUNTZ, (5)            )   MOTIONS TO:
                                    )   1) COMPEL DISCOVERY;
15        Defendant.                )   2) NOTICE OF 404(B);
                                    )   3) ALLOW ATTORNEY
16                                  )         CONDUCTED *VOIR*
                                    )         *DIRE*; AND
17                                  )   4) PERMISSION TO JOIN
                                    )         MOTIONS OF CO-
18                                  )         DEFENDANT
                                    )   5) LEAVE TO FILE FURTHER
19 _____   )         MOTIONS

20 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
21       TIMOTHY F. SALEL, ASSISTANT UNITED STATES ATTORNEY:

22
23       **PLEASE TAKE NOTICE** that on Monday, April 21, 2008, at 2:00 p.m., or as soon

24 thereafter as counsel may be heard, the defendant Mark Alan Kountz [Kountz], by and through

25 his attorney Casey Donovan, will ask this Court to issue an order granting the motions listed

26 below.

27 ///

28

# MOTIONS

The defendant, Mark Alan Kountz, by and through his attorney, Casey Donovan, asks this Court pursuant to the Fourth, Fifth, and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12, 16, 26.2, and all other applicable statutes and local rules for an order to:

1. Compel discovery;

2. Notice of 404(b);

3. Allow attorney conducted *voir dire*;

4. Permission to join in motions of the co-defendants; and

5. Leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: April 3, 2008              Respectfully submitted,

　　　　　　　　　　　　　　　　　　 S/ Casey Donovan

**CASEY DONOVAN**
Attorney for Defendant Mark Alan Kountz

kountz,mark-nm