**FILED**

MAY -1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARK ALAN KOUNTZ, (5) ) <br> ) <br> Defendant. ) | Case No. 08cr0511-BEN <br><br> P R O P O S E D   O R D E R |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's travel during pretrial release be modified to permit Mr. Kountz to travel anywhere within the entire United States. with notification to PreTrial Services of any absence from the District for more than 24 hours

**SO ORDERED.**

Dated: 5/1/08

_____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge