```
                                    FILED
                                   MAY -1 2008
                            CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0511-BEN |
| Plaintiff, ) | |
| v. ) | P R O P O S E D    O R D E R |
| ) | |
| MARK ALAN KOUNTZ, (5) ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's travel during pretrial release be modified to permit Mr. Kountz to travel anywhere within the entire United States. with notification to Pretrial Services of any absence from the District for more than 24 hours

**SO ORDERED.**

Dated: 5/1/08

_____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge