```
DONOVAN & DONOVAN
Casey Donovan, Esq.
California State Bar Number: 182442
The Senator Building - 4th Floor
105 West F. Street
San Diego, California 92101
Telephone: (619) 696-8989
```

Attorney for Defendant Mark Alan Kountz

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK ALAN KOUNTZ, (5) ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 08 CR 0511-BEN <br><br> ACKNOWLEDGMENT OF DEFENDANT'S MARK ALAN KOUNTZ'S MODIFICATIONS OF BOND TO EXPAND TRAVEL |

I, **BRIAN KOUNTZ,** hereby acknowledge that I am the surety in the above referenced matter, and acknowledge that the parties have agreed to expand Mr. Kountz's travel restrictions during the period of pre trial release from the Southern District of California, to include the entire United States. I agree to remain the surety on the bond with the expanded travel conditions agreed to by the parties, which permit Mr. Kountz to travel throughout the entire United States during the period of his pre trial release..

I declare that the foregoing is true and correct.

DATED: 4-28-08

_____
BRIAN KOUNTZ

N:\Donovan\Client\Kountz, Mark\kountz,brian-Ackof expanded travel-bond.wpd