```
 1  KAREN P. HEWITT
    United States Attorney
 2  TIMOTHY F. SALEL
    Assistant U.S. Attorneys
 3  California State Bar No. 163597
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-6074
    Facsimile No.: (619) 557-3445
 6  E-mail: timothy.salel@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0511-BEN |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE |
| v. | ) |
| JOSE JESUS PERUCH SAENZ (1), | ) |
|     aka George, | ) |
|     aka G Unit, | ) |
| KARL DELEON MURRAH (2), | ) |
| RAMOND ANDREW DIZON (3), | ) |
|     aka Andy, | ) |
| MAGGIE MARIA SIEBEN (4) | ) |
| MARK ALAN KOUNTZ (5), | ) |
| MICHAEL SHAUN TRACY (6), | ) |
| JOEL JOSHUA BANNING (7), | ) |
| Defendants. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

1 | Effective this date, the following Government attorney is no longer associated with this case
2 | and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0511-BEN |
| 4 | Plaintiff, | ) |
| 5 | v. | ) CERTIFICATE OF SERVICE |
| 6 | JOSE JESUS PERUCH SAENZ (1), | ) |
|   | aka George, | ) |
| 7 | aka G Unit, | ) |
|   | KARL DELEON MURRAH (2), | ) |
| 8 | RAMOND ANDREW DIZON (3), | ) |
|   | aka Andy, | ) |
| 9 | MAGGIE MARIA SIEBEN (4) | ) |
|   | MARK ALAN KOUNTZ (5), | ) |
| 10 | MICHAEL SHAUN TRACY (6), | ) |
|   | JOEL JOSHUA BANNING (7), | ) |
| 11 | | ) |
|   | Defendants. | ) |
| 12 | | ) |

13    IT IS HEREBY CERTIFIED that:

14    I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident

15  of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I

16  am not a party to the above-entitled action.

17    I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by

18  electronically filing the foregoing with the Clerk of the District Court using its ECF System, which

19  electronically notifies the following parties at their respective e-mail addresses:

20    (1)    EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (1)
          lawforjustice@aol.com

21

22    (2)    VICTOR MANUEL TORRES – Attorney for KARL DELEON MURRAH (2)
          lawforvatos@yahoo.com

23    (3)    SCOTT PACTOR – Attorney for RAMOND ANDREW DIZON (3)
          scottpactor@yahoo.com

24

25    (4)    PAUL W. BLAKE – Attorney for MAGGIE MARIA SIEBEN (4)
          paulwblake@cox.net

26    (5)    CASEY J. DONOVAN, JR. – Attorney for MARK ALAN KOUNTZ (5)
          donovan2donovan@hotmail.com

27

28

08CR0511-BEN

(6)   BRIAN P. FUNK – Attorney for MICHAEL SHAUN TRACY (6)
      bfunkesq@cs.com

(7)   BRIAN J. WHITE – Attorney for JOEL JOSHUA BANNING (7)
      brianjwhite@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008                */S/ TIMOTHY F. SALEL*
                                   TIMOTHY F. SALEL
                                   Assistant U.S. Attorney
                                   E-mail: timothy.salel@usdoj.gov